UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

                              Case No. 21-cv-12193
                              Hon. Matthew F. Leitman

ROBERT SAMUEL SHUMAKE, JR., *et al.*,

    Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT ROBERT SAMUEL SHUMAKE, JR.'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM (ECF No. 14) AND GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT

On June 9, 2023, the Court held a hearing over video conferencing to hear argument on Defendant Robert Samuel Shumake, Jr.'s Motion to Dismiss the Complaint for Failure to State a Claim (ECF No. 14). For the reasons explained on the record during that hearing, Defendant Shumake, Jr.'s motion (ECF No. 14) is **GRANTED IN PART** and **DENIED IN PART** as follows:

- The motion is **GRANTED** to the extent that it seeks dismissal of Plaintiff's claims against Shumake under Securities and Exchange Commission (SEC) Rule 10b-5(b), 17 CFR § 240.10b-5(b).

- The motion is **DENIED** in all other respects.

1

Moreover, as further explained on the record, the Court **GRANTS** Plaintiff leave to file a First Amended Complaint by no later than **June 30, 2023.** If Plaintiff decides not to file a First Amended Complaint, it shall file a notice on the docket by no later than **June 30, 2023** informing the Court that it will not be amending its complaint.

    **IT IS SO ORDERED.**

                                           s/Matthew F. Leitman  
                                           MATTHEW F. LEITMAN  
                                           UNITED STATES DISTRICT JUDGE

Dated: June 9, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 9, 2023, by electronic means and/or ordinary mail.

                                           s/Holly A. Ryan  
                                           Case Manager  
                                           (313) 234-5126