UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**

                **Plaintiff,**

v.

**ROBERT SAMUEL SHUMAKE, JR.,
WILLARD L. JACKSON,
NICOLE T. BIRCH,
420 REAL ESTATE, LLC,
VINCENT PETRESCU, and
TRUCROWD, INC. dba FUNDANA,**

                **Defendants.**

Case No.: 21-cv-12193
Hon: Matthew F. Leitman

---

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW

Jonathan Uretsky hereby submits this Declaration in support of the Motion to Withdraw as Counsel for Defendant (the "Motion") and certifies the truth of the following:

1. I am a partner in the firm, PULLP, which was initially retained to represent Robert Samuel Shumake Jr. during the pendency of the Securities and Exchange Commissions' ("SEC") non-public investigation, and later, to serve as local counsel in the SEC investigation.

2. I am one of the two attorneys primarily responsible for handling this matter, and as such I am fully familiar with the facts recited herein.

3. I make this Certification in support of the accompanying Motion to Withdraw as Counsel.

4. PULLP has not been paid since April 27, 2022.

5. A $36,665 balance remains as of today's date.

6. Various attempts were made to arrange some sort of payment plan, but these efforts failed.

7. Mr. Shumake conveyed on multiple occasions that he would make payments but has failed to do so.

8. PULLP gave Mr. Shumake many opportunities to become current with his payments.

9. Mr. Shumake promised that he would a 3rd party pay for him. No third party did so.

10. Mr. Shumake indicated he would be receiving a substantial amount of money (over $50,000) in mid-December 2023 from a separate, unrelated lawsuit.

11. Those funds never arrived either.

12. PULLP sought and obtained concurrence from Defendant to the withdrawal on multiple occasions, most recently on each of: October 24, 2023, November 30, 2023, and January 2nd, 2024.

13. In addition, communication with Mr. Shumake is as useful as it once was – it appears the payment obligations have created friction in the attorney/client relationship.

14. As a result of both of these reasons, PULLP is no longer able to provide Defendant with effective representation.

15. Mr. Shumake has had adequate notice of PULLP's situation for months and has not opposed this motion.

16. Specifically, there were phone calls or Whatsapp conversations with Mr. Shumake regarding outstanding payments on February 20, 2023, October 24, 2023, and November 30, 2023.

17. The SEC also does not oppose PULLP's motion to withdraw from this action.

18. Given the procedural posture of the case, the SEC will not be harmed by PULLP's withdrawal.

19. Accordingly, Jonathan Uretsky and all of PULLP respectfully request that they be permitted to withdraw as counsel for Defendant.

20. PULLP is not asserting a retaining or charging lien.

21. Accordingly, I respectfully request that this Court grant the Motion and allow PULLP to withdraw as counsel for the Defendant.

Dated: January 29, 2024

                    PULLP

By: _____

                    Jon Uretsky Esq.
                    Email: uretsky@pullp.com
                    111 Broadway, Eighth Floor
                    New York, NY 10006
                    Tel: (212) 571-1255
                    Attorneys for Defendant
                    Robert Samuel Shumake Jr.