UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

    Case No. 21-cv-12193
    Hon. Matthew F. Leitman

ROBERT SAMUEL SHUMAKE, JR., *et al.*,

    Defendants.
_____/

## ORDER (1) DIRECTING DEFENDANT ROBERT SAMUEL SHUMAKE, JR. TO PERSONALLY APPEAR FOR MOTION HEARING ON DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW (ECF No. 48) AND (2) DIRECTING DEFENDANT'S COUNSEL TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON SHUMAKE

Attorney Jonathan Uretsky, and his law firm, PULLP, represent Defendant Robert Samuel Shumake, Jr. in this action. On January 29, 2024, Uretsky filed a motion to withdraw as Shumake's counsel. (*See* Mot., ECF No. 48.)

The Court has scheduled a Zoom electronic hearing on Uretsky's motion for **March 25, 2024, at 2:30 p.m.** (*See* Notice of Hearing, ECF No. 51.) The Court **ORDERS** Uretsky, Plaintiff's counsel, ***and*** Shumake to each ***personally attend*** the hearing on the motion to withdraw.

1

By no later than **March 13, 2024**, Uretsky shall serve (1) the motion to withdraw (ECF No. 48), (2) the Notice of Hearing on the motion to withdraw, (3) the Zoom link provided by the Court so that Shumake can access the Zoom meeting, and (4) this order on Shumake by both email (if possible) and First Class Mail at Shumake's last known mailing address.  In addition, by no later than **March 13, 2024**, Uretsky shall file a proof of service on the docket confirming that Shumake has been served with the documents identified above.

    **IT IS SO ORDERED**.

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:  February 28, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 28, 2024, by electronic means and/or ordinary mail.

                                               s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126