UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

    Case No. 21-cv-12193
    Hon. Matthew F. Leitman

ROBERT SAMUEL SHUMAKE, JR., *et al.*,

    Defendants.
_____/

**ORDER (1) GRANTING PLAINTIFF'S MOTION TO COMPEL (ECF No. 45); (2) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (ECF No. 46); DENYING DEFENDANT'S MOTION TO ENFORCE AUTOMATIC STAY AND IMPOSE SANCTIONS (ECF No. 57); AND (4) DENYING DEFENDANT'S MOTION TO ABATE OR STAY PROCEEDINGS (ECF No. 60)**

On June 21, 2024, the Court held a motion hearing to address the motions identified in the title of this Order above. As a result of that hearing, **IT IS HEREBY ORDERED** as follows:

    1.    Plaintiff's Motion to Compel is **GRANTED** for the reasons stated on the record during the hearing. By not later than **July 25, 2024**, Defendant shall fully respond to all of the interrogatories, requests to produce, and subpoenas that are identified in the Motion to Compel and attached as exhibits to the Motion. By "fully respond," the Court means that Defendant shall provide complete answers to all

1

interrogatories and shall produce all requested documents and all documents sought by subpoena.

2. Plaintiff's Motion to Amend is **GRANTED** for the reasons explained on the record. Plaintiff may amend its Complaint for the sole purpose of changing Defendant's name to his new legal name. Defendant need not file a new Answer to the Amended Complaint. As discussed on the record, Defendant's prior Answer shall remain operative. However, not more than 21 days after Plaintiff files the Amended Complaint, Defendant shall file a notice on the docket stating whether he denies that his legal name is as alleged in the Amended Complaint.

3. Defendant's Motion to Enforce Automatic Stay is **DENIED** for the reasons stated on the record and for the reasons stated in Plaintiff's filings addressing the automatic stay issue (ECF Nos. 50, 58, and 63).

4. Defendant's Motion to Stay or Abate Proceedings is **DENIED** for the reasons stated on the record and for the reasons stated in Plaintiff's filings addressing the automatic stay issue (ECF Nos. 50, 58, and 63).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 24, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126