UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

                                        Case No. 21-cv-12193
                                        Hon. Matthew F. Leitman

ROBERT SAMUEL SHUMAKE, JR., *et al.*,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S
## MOTION TO AMEND SCHEDULING ORDER (ECF No. 65)

On June 21, 2024, Plaintiff United States Securities and Exchange Commission (the "SEC") filed a motion to amend the Court's scheduling order in this case. (*See* Mot., ECF No. 65.) Defendant Robert Samuel Shumake, Jr. did not file a response.

For the reasons explained in the motion, the Court finds that there is good cause for extending the scheduling order. Accordingly, the SEC's motion (ECF No. 65) is **GRANTED**. The new dates and deadlines in this action are as follows:

| Event | New Date |
|---|---|
| Fact Discovery Cutoff | October 4, 2024 |
| Rule 26(a)(2) Proponent Expert Disclosures | November 1, 2024 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | December 6, 2024 |

1

| | |
|---|---|
| Expert Discovery Cutoff | January 10, 2025 |
| Dispositive Motions and Challenges to Experts | February 7, 2025 |
| Rule 26(a)(3) Pre-Trial Disclosures | March 7, 2025 |
| Motions *in limine* | March 21, 2025<br>Response briefs due 10 days after filing, but no later than March 31, 2025.<br>Reply briefs due 5 days after responses are filed, but no later than April 7, 2025 |
| Final Pre-Trial Order | May 2, 2025 |
| Final Pre-Trial Conference | To Be Set by the Court |
| Trial Date | To Be Set by the Court |

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 16, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126