Case No. 24-1635

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

In re: ROBERT SAMUEL SHUMAKE, JR.

    Petitioner

    Petitioner having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the petitioner has failed to satisfy the following obligation(s):

    The proper fee was not paid by August 9, 2024.

    It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

    **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: August 28, 2024

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 08/28/2024.

**Case Name:** In re: Robert Shumake, Jr.
**Case Number:** 24-1635

**Docket Text:**
ORDER filed to dismiss for want of prosecution for petitioner's failure to pay fee by August 9, 2024. No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Robert Samuel Shumake Jr.
4072 Huckleberry Circle
Dallas, TX 75216

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix