UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

BOBBY SHUMAKE JAPHIA,

    Defendant.

Case No. 21-cv-12193
Hon. Matthew F. Leitman

_____/

### ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION (ECF No. 93)

On February 5, 2025, this Court entered an order denying Defendant's motion for a stay of proceedings. (*See* Order, ECF No. 88.)  Defendant has now filed a motion for reconsideration. (*See* Mot., ECF No. 93.)  The motion is **DENIED** because Defendant has not persuaded the Court that it erred in denying the motion for a stay.

    **IT IS SO ORDERED**.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  February 20, 2025

2

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 20, 2025, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126