**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.**

**BOBBY SHUMAKE JAPHIA f/k/a ROBERT SAMUEL SHUMAKE, JR.,**

**Defendant.**

**Case No. 2:21-cv-12193**

**Hon. Matthew F. Leitman**

# NOTICE REGARDING DECLARATION FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this Notice to the Court and Defendant Japhia concerning certain inaccuracies contained in the Declaration of Pesach Glaser (ECF No. 91-11) submitted in support of the SEC's Motion for Summary Judgment Against Defendant Japhia (ECF No. 91). The SEC hereby provides notice of the following:

1. On February 7, 2025, the SEC filed its Motion for Summary Judgment ("Motion") against Defendant Japhia. (ECF No. 91). Defendant Japhia never responded to that Motion, which remains pending.

2. In evidentiary support of its Motion, the SEC submitted 38 exhibits, including the Declaration of Pesach Glaser (Exhibit 10), a SEC accountant assigned to this litigation and the investigation that preceded it. (*See* ECF No. 91-11, ¶¶ 3-6). Mr. Glaser's Declaration authenticates certain documents, summarizes bank records showing

amounts of money Defendants raised from investors, and details certain instances of how Defendants spent investor funds. (*Id.*, ¶¶ 8-76).

3. Recently, counsel for the SEC became aware of certain inaccuracies in Paragraph 2 of Mr. Glaser's Declaration.

4. First, the Declaration stated that Mr. Glaser received "an MBA in accounting from Northwestern Kellogg Graduate School of Management." (ECF No. 91-11, ¶ 2). In fact, Mr. Glaser received a Master of Management degree, not a Master of Business Administration degree, from Northwestern University Kellogg School of Management.

5. Second, the Declaration stated that Mr. Glaser has been "a certified public accountant licensed by the State of Illinois since 1984." (ECF No. 91-11, ¶ 2). Although Mr. Glaser completed the certified public accountant exam, possesses a certified public accountant certificate issued by the University of Illinois in 1984, and was an Illinois-licensed certified public accountant from January 1985 to September 1990 and an Illinois-registered certified public accountant from June 2008 to September 2009, he is not currently licensed as a certified public accountant by the State of Illinois.

6. The SEC regrets the inaccuracies and apologizes both to the Court and Defendant Japhia for any inconvenience they have caused.

7. The SEC is not currently aware of any inaccuracies in the remaining portions of Mr. Glaser's Declaration, but it is continuing to review the declaration and the circumstances that led to these inaccuracies. The SEC is considering what, if any, steps it

should take or propose to the Court and will file a status update with the Court within two weeks.

Dated: May 16, 2025

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

/s/ Benjamin Hanauer
BeLinda I. Mathie, Illinois Bar No. 6275461
Benjamin Hanauer, Illinois Bar. No. 6280156
Jerrold H. Kohn, Illinois Bar No. 6188085
U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390
(312) 353-7398 (facsimile)
MathieB@sec.gov
HanauerB@sec.gov
KohnJ@sec.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I caused a copy of the foregoing Notice to be served on the pro se party shown below at the indicated addresses by first class U.S. mail and by email.

Bobby Shumake Japhia
4072 Huckleberry Circle
Dallas, TX 75216
robshumake@gmail.com

s/Benjamin Hanauer
Attorney for Plaintiff
U.S. Securities and Exchange Commission