**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.**

**BOBBY SHUMAKE JAPHIA,**

**Defendant.**
_______________________________________/

**Case No. 2:21-cv-12193**

**Hon. Matthew F. Leitman**

**STATUS REPORT REGARDING DECLARATION FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully provides this Status Report concerning the Declaration of Pesach Glaser submitted in support of the SEC's Motion for Summary Judgment Against Defendant Japhia.

1. On May 16, 2025, the SEC filed a Notice (ECF No. 96) advising the Court and Defendant Japhia that the SEC had recently become aware of two inaccuracies in the Declaration of Pesach Glaser (ECF No. 91-11). Mr. Glaser's Declaration was one of the 38 exhibits the SEC submitted in support of its unopposed Motion for Summary Judgment against Defendant Japhia (ECF No. 91), which remains pending.

2. The inaccuracies the SEC identified concerned the title of Mr. Glaser's Northwestern University master's degree and the dates of his licensure as

an Illinois certified public accountant, including an incorrect statement that he was licensed at the time of the declaration. (ECF No. 96 at 2, ¶¶ 4-5).

3. After becoming aware of the inaccuracies, the SEC initiated a review of Mr. Glaser's Declaration. As part of that process, the SEC has assigned a Supervisory Staff Accountant to review the bank records and other evidence discussed in Mr. Glaser's Declaration to determine whether the Declaration's inaccuracies were limited to Mr. Glaser's degree title and the dates of his CPA licensure. The outcome of that review will inform the SEC's position on how it recommends the Court should proceed on the pending unopposed Summary Judgment Motion.

4. While the accountant supervisor's review is proceeding expeditiously, it is not yet complete. The SEC intends to file another status report within two weeks, or earlier if the review concludes before then. In the meantime, the SEC respectfully requests that the Court defer ruling on the SEC's pending Summary Judgment Motion.[1]

* * *

[1] Since the SEC filed its Notice regarding Mr. Glaser's Declaration (ECF 96), Japhia has made various filings accusing the SEC of wrongdoing and seeking relief including the compelled production of documents, dismissal, and other sanctions. (*See*, ECF Nos. 97 through 105). The SEC intends to respond to those filings within the timeframes provided by Local Rule 7.1(e).

Dated: May 30, 2025

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

/s/ Benjamin Hanauer
BeLinda I. Mathie, Ill. Bar No. 6275461
Benjamin Hanauer, Ill. Bar. No. 6280156
Jerrold H. Kohn, Ill. Bar No. 6188085
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390
(312) 353-7398 (facsimile)
MathieB@sec.gov
HanauerB@sec.gov
KohnJ@sec.gov

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I caused a copy of the foregoing Status Report to be served on the pro se party shown below at the indicated addresses by first class U.S. mail and by email.

Bobby Shumake Japhia
4072 Huckleberry Circle
Dallas, TX 75216
robshumake@gmail.com

s/Benjamin Hanauer
Attorney for Plaintiff
U.S. Securities and Exchange Commission