# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

UNITED STATES SECURITIES

AND EXCHANGE COMMISSION,

Plaintiff,

v.

BOBBY SHUMAKE JAPHIA,

Defendant.

Case No. 2:21-cv-12193

Hon. Matthew F. Leitman

## NOTICE TO THE COURT OF RETENTION OF COUNSEL

NOW COMES Defendant Bobby Shumake Japhia, and respectfully notifies this Honorable Court that he has retained legal counsel in this matter as of June 9, 2025.

Formal notice of appearance by retained counsel will be filed imminently.

Defendant respectfully requests that the Court and all parties direct future correspondence and filings to Defendant's counsel once their appearance is officially entered on the record.

Respectfully submitted,

/s/ Bobby Shumake Japhia

Pro Se (transitioning to counsel)

Dated: June 9, 2025