**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.**

**BOBBY SHUMAKE JAPHIA,**

**Defendant.**

**Case No. 2:21-cv-12193**

**Hon. Matthew F. Leitman**

______________________________________/

**SECOND STATUS REPORT REGARDING DECLARATION FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully provides this Second Status Report concerning the Declaration of Pesach Glaser submitted in support of the SEC's Motion for Summary Judgment Against Defendant Japhia.

1. On May 16, 2025, the SEC filed a Notice (ECF No. 96) advising the Court and Defendant Japhia that the SEC had recently become aware of two inaccuracies in the Declaration of Pesach Glaser (ECF No. 91-11). Mr. Glaser's Declaration was one of the 38 exhibits the SEC submitted in support of its Motion for Summary Judgment against Defendant Japhia (ECF No. 91), which remains pending.

2. The inaccuracies the SEC identified concerned the title of Mr. Glaser's Northwestern University master's degree and the dates of his licensure as an Illinois certified public accountant, including an incorrect statement that he was licensed at the time of the declaration. (ECF No. 96 at 2 ¶¶ 4-5.)

3. On May 30, 2025, the SEC submitted a Status Report informing the Court that the SEC had initiated a review of Mr. Glaser's Declaration by a Supervisory Staff Accountant. The Status Report also requested that the Court defer ruling on the SEC's pending Summary Judgment Motion until the review was complete. (ECF No. 106.)

4. The Supervisory Staff Accountant's review of the Declaration and the underlying materials discussed in the Declaration is nearing completion. The SEC thus respectfully requests that it be allowed two weeks to file with the Court a proposal for resolving the SEC's pending summary judgment motion. In the interim, the SEC respectfully requests that the Court continue to defer ruling on that motion.

Dated: June 13, 2025

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

/s/ BeLinda I. Mathie

BeLinda I. Mathie, Illinois Bar No. 6275461
Benjamin Hanauer, Illinois Bar. No. 6280156
Jerrold H. Kohn, Illinois Bar No. 6188085
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390
(312) 353-7398 (facsimile)
MathieB@sec.gov
HanauerB@sec.gov
KohnJ@sec.gov

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I caused a copy of the foregoing Second Status Report to be served on the pro se party shown below at the indicated addresses by first class U.S. mail and by email.

Bobby Shumake Japhia
4072 Huckleberry Circle
Dallas, TX 75216
robshumake@gmail.com

/s/ BeLinda I. Mathie
Attorney for Plaintiff
U.S. Securities and Exchange Commission