UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

                                    Case No. 21-cv-12193
                                    Hon. Matthew F. Leitman

BOBBY SHUMAKE JAPHIA,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY TERMINATING
## ALL PENDING MOTIONS
## (ECF Nos. 91, 97, 98, 99, 103, 107, 110, 113, 118, 134, 135, 136, 139)

On July 14, 2025, the Court held an on-the-record status conference in this action. For the reasons explained on the record, and in light of entry into the case by counsel for Defendant Bobby Shumake Japhia, all pending motions (*see* Mots., ECF Nos. 91, 97, 98, 99, 103, 107, 110, 113, 118, 134, 135, 136, 139) are **TERMINATED**.

Plaintiff United States Securities and Exchange Commission (the "SEC") may re-file a motion for summary judgment by **not later than July 28, 2025**. Japhia shall respond to the motion for summary judgment by **not later than September 26, 2025**. Japhia may also file any other motions his counsel deems appropriate by that date. The SEC shall file its reply in support of its motion for summary judgment

**by not later than October 17, 2025**. The SEC shall respond to any other motions Japhia files, if any, under the time provided by Court's Local Rules.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 14, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126