UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES
SECURITIES AND
EXCHANGE COMMISSION,

     Plaintiff,

                                      Case No. 21-cv-12193

v.                                    Hon. Matthew F. Leitman

BOBBY SHUMAKE JAPHIA,

     Defendant.

_____/

## ORDER (1) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 143) AND (2) REQUIRING DEFENDANT TO RESPOND TO REQUESTS FOR ADMISSION

On March 17, 2026, the Court held a hearing on Plaintiff U.S. Securities and Exchange Commission (the "SEC")'s motion for summary judgment (ECF No. 143). For the reasons stated on the record, the motion is **DENIED**.

It is further ordered that Defendant Bobby Shumake Japhia shall respond to the requests for admission, found at ECF No. 143-10, by not later than **Wednesday, April 8, 2026**.  Japhia may assert his rights under the Fifth Amendment and decline to answer any request for admission, but he may not interpose any other objections.

1

Finally, the Court will convene a virtual status conference with counsel for the parties in roughly 30 days to discuss the possibility of settlement.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 17, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 17, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126